USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BAROTTI and CHRISTINE MANOR,

                Plaintiffs,

v.

KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,

                Defendants.

No. 22-cv-08874 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed at the telephone conference held today, the initial status conference is hereby adjourned to January 20, 2023 at 11:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    December 2, 2022
              New York, New York

                                      Ronnie Abrams
                                      United States District Judge