UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH BAROTTI and CHRISTINE MANOR,

                Plaintiffs,

v.

KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,

                Defendants.

No. 22-CV-8874 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

An initial status conference was previously scheduled in this matter for January 27, 2023 at 2:00 p.m. Due to an ongoing trial, the conference is hereby rescheduled for 11:15 a.m. on Monday, January 30, 2023.

Call-In Number: (888) 363-4749; Access Code: 1015508#.

Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    January 26, 2023
            New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge