UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BAROTTI and CHRISTINE MANOR,<br><br>                        Plaintiffs,<br><br>                  v.<br><br>KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,<br><br>                        Defendants. | No. 22-CV-8874 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      A post-discovery conference was previously scheduled in this matter for June 29, 2023 at 11:30 a.m. Due to a scheduling conflict, the conference is hereby rescheduled to July 5, 2023 at 2:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

      Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    June 14, 2023
            New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge