# NEWMAN MYERS KREINES HARRIS, P.C.

JAN KEVIN MYERS
CHARLES W. KREINES
IAN F. HARRIS
CHARLES DEWEY COLE, JR**

RICHARD L. NEWMAN  (1921-2006)
ABRAHAM S. ALTHEIM  (1954-2005)

ATTORNEYS AT LAW

40 WALL STREET
NEW YORK, NY 10005
(212) 619-4350
FAX: (212) 619-3622
www.newmanmyers.com

NEWMAN MYERS KREINES HARRIS
A PARTNERSHIP PRACTICING IN NEW JERSEY AFFILIATED WITH
NEWMAN MYERS KREINES HARRIS, P.C.

ABRAHAM A. FRIEDMAN
JANINE SILVER
SHAHIN Y. MASHHADIAN
ALICIA R. BARTLEY
MATTHEW D. LAVOIE
CHRISTOPHER P. MYERS*
ANDREW D. ZALESKI

\*    ALSO ADMITTED IN NJ
\*\*  ALSO ADMITTED IN NJ, DC & TX

June 29, 2023

**VIA CM/ECF**
The Honorable Ronnie Abrams
United States District Court for
  Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 1007

        **Re:**     **Joseph Barotti et al. v. Kierre Amani Marshall, et al.**
                 **No. 22 Civ. 8874 (RA)**
                 **Our Reference No. NST23311**

Dear Judge Abrams:

      We are the attorneys for defendants Kierre Amani Marshall and Stevens Transport, Inc. We write to accept the court's invitation to seek an adjournment of the post-discovery conference, which the court recently rescheduled to 2 o'clock on the afternoon of Monday, July 10, 2023. We ask that the court adjourn the conference to another date and time during the week of July 10 or July 17 so that it will not conflict with a mediation scheduled for 2 o'clock on the afternoon of July 10.

      We are the attorneys for the defendants in *Felderhamilton v. Luciano*, 22 Civ. 2367 (KMK), which has been scheduled for an in-person mediation at 2 o'clock on the afternoon of Monday, July 10. That mediation has been set up through the Southern District's mediation office. The parties in *Felderhamilton* will be attending the mediation from outside New York City. Moreover, the mediation already has been adjourned once due to the plaintiff's attorney's court schedule.

      We appreciate the court's consideration.

NEWMAN MYERS KREINES HARRIS, P.C.
The Honorable Ronnie Abrams
June 29, 2023
Page 2

                              Respectfully,

                              NEWMAN MYERS KREINES HARRIS, P.C.

                              Charles D. Cole, Jr.

CDC/ls

cc:
**VIA CM/ECF**
Bruce Cantin, Esq.
Brandon J. Broderick, Esq., LLC
Suite 615
11 Broadway
New York, New York 10004

**VIA CM/ECF**
Brian J. Levy, Esq.
Brian J. Levy & Associates, PC
303 Jackson Avenue
Syosset, New York 11791

**VIA CM/ECF**
Susan Duncan, Esq.
Law Office of Dennis C. Bartling
Suite 1N01
2 Huntington Quadrangle
Melville, New York 11747

The conference scheduled for 2:00 p.m. on July 10, 2023 is hereby adjourned to 3:00 p.m. on July 17, 2023. The parties shall use the same call-in information listed in the Court's prior order.

SO ORDERED.

Hon. Ronnie Abrams
June 30, 2023