UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BAROTTI and CHRISTINE MANOR,<br><br>       Plaintiffs,<br><br>    v.<br><br>KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,<br><br>       Defendants. | No. 22-CV-8874 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As discussed at the telephone conference held today, the Court will hold a post-discovery conference in this matter on October 10, 2023 at 3:00 p.m., in Courtroom 1506, 40 Foley Square, New York, NY. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and whether the parties seek referral to the Mediation Program.

SO ORDERED.

Dated: July 17, 2023
     New York, New York

                     Ronnie Abrams
                     United States District Judge