UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BAROTTI and CHRISTINE MANOR,<br><br>       Plaintiffs,<br><br>    v.<br><br>KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,<br><br>       Defendants. | No. 22-CV-8874 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  A post-discovery conference was previously scheduled in this matter for December 1, 2023 at 2:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to December 4, 2023 at 2:00 p.m. in Courtroom 1506, 40 Foley Square, New York, NY.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: November 21, 2023
    New York, New York

                     Ronnie Abrams
                     United States District Judge