UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BAROTTI and CHRISTINE MANOR,

                Plaintiffs,

v.

KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,

                Defendants.

No. 22-CV-8874 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the conference held today, no later than January 16, 2023, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to the progress of mediation and expert discovery.

SO ORDERED.

Dated:    December 5, 2023
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge