UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BAROTTI AND CHRISTINE MANOR,<br><br>                              Plaintiffs,<br><br>               v.<br><br>KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,<br><br>                              Defendants. | No. 22-CV-8874 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On February 14, 2024, a mediator for the Court-annexed Mediation Program reported to the Court that a mediation was held in this case and that agreement was reached as to some, but not all parties. The Court directs the parties to jointly file a status letter no later than April 4, 2024, updating the Court on the status of the case and proposing next steps in this litigation.

SO ORDERED.

Dated:   March 22, 2024
         New York, New York

                                                                    _____
                                                                    Ronnie Abrams
                                                                    United States District Judge