UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**JOSEPH BAROTTI and CHRISTINE MANOR,**

                        **Plaintiffs,**

                                            No. 22 Civ. 8874 (RA)

                -against-

**KIERRE AMANI MARSHALL and
STEVENS TRANSPORTATION,**

                        **Defendants.**
------------------------------------------------------------X

### ~~PROPOSED~~ ORDER DISMISSING CLAIMS

        The parties having reported to the Court that the claim of Joseph Barotti has been settled, it is

        ORDERED, under rules 21 and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, (1) the claim of plaintiff Joseph Barotti against defendants Stevens Transport, Inc. and Kierre Amani Marshall and (2) the counterclaim of defendants Stevens Transport, Inc. and Kierre Amani Marshall against plaintiff Christine Manor are severed and dismissed with prejudice.

Dated: New York, New York
April 8, 2024

                                                                     Ronnie Abrams, U.S.D.J.

- 2 -

AGREED:

_____                          _____
Bruce Cantin                                         Brian J. Levy
Brandon Broderick Attorney At Law                    Brian J. Levy & Associates, PC
Attorneys for Plaintiff Christine Manor              Attorneys for Plaintiff Joseph Barotti
65 State Road 4 East                                 75 Jackson Avenue
River Edge, New Jersey 07661                         Syosset, New York 11791
(201) 853-7661                                       (516) 496-1777
Bcantin@brandonjbroderick.com



_____                          _____
Susan Duncan                                         Charles D. Cole, Jr.
Law Office of Dennis C. Bartling                     Newman Myers Kreines Harris, P.C.
Attorneys for Plaintiff on the Counterclaim          Attorneys for Defendants Kierre Amani
  Christine Manor                                      Marshall and Stevens Transport, Inc.
Suite 1N01                                           40 Wall Street
2 Huntington Quadrangle                              New York, New York 10005-1335
Melville, New York 11747                             (212) 619-4350
Susanduncan@geico.com                                dcole@newmanmyers.com