UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE MANOR,

                Plaintiffs,

        v.

KIERRE AMANI MARSHALL and
STEVENS TRANSPORTATION,

              Defendants.

No. 22-CV-8874 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

On April 15, 2024, the Court adjourned Plaintiff's deadline by which to disclose complete expert-witness disclosures to May 10, 2024. *See* ECF Nos. 64, 66. Upon receiving Plaintiff's complete expert-witness disclosures, Defendants planned to schedule Plaintiff's physical examination. *See* ECF No. 61. The Court directs the parties to jointly file a status letter no later than June 28, 2024, updating the Court on the status of discovery and proposing next steps.

SO ORDERED.

Dated:    June 13, 2024
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge