UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BAROTTI and CHRISTINE MANOR,<br><br>        Plaintiffs,<br><br>    v.<br><br>KIERRE AMANI MARSHALL and STEVENS TRANSPORTATION,<br><br>        Defendants. | No. 22-CV-8874 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 25, 2024, the Court ordered the parties to submit a joint letter updating the Court as to the status of this case no later than July 31, 2024. *See* ECF No. 68. To date, no letter has been filed.

The parties shall submit their joint letter no later than August 16, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  August 6, 2024
     New York, New York

                _____
                Ronnie Abrams
                United States District Judge